# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-cr-00054-JCM-CWH |
|       Plaintiff, | |
| vs. | **ORDER** |
| CAMERON BELL, | |
|       Defendant. | |

Presently before the court is the matter of *United States of America v. Bell et al.*, case no. 2:15-cr-00054-JCM-CWH-1. Petitioner Cameron Bell ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 197). The court has examined the petition and finds that further briefing is appropriate. The United States of America ("respondent") shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 197) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

IT IS SO ORDERED.

. . .

. . .

. . .

. . .

The clerk is instructed to file this order in the instant matter and in the related civil case,

no. 2:20-cv-00347-JCM.

DATED: February 26, 2020.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28